IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JERRAD WATTS, an individual,

        Plaintiff,

v.

KELVIN RAY DECKER, an individual
residing in Coos County, Oregon; and the
FISHING VESSEL #5, an ocean going
fishing vessel hailing from Newport, Oregon,

        Defendants.

Civ. No. 6:17-cv-1081-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#31), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*.[1] *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is

---

[1] After the time to file objections passed, Plaintiff filed a proposed judgment (#33). There, plaintiff requests post judgment interest of 9%. Under 28 U.S.C. § 1961, interest is calculated at the 1 year treasury yield for the calendar week before entry of the judgment. That rate is .15%. https://www.treasury.gov/resource-center/data-chart-center/interest-rates/pages/TextView.aspx?data=yield (last visited May 14, 2020).

1 – ORDER

correct. Magistrate Judge Kasubhai's Findings and Recommendation (#31) is adopted. Plaintiff's Motion for Entry of Judgment (#20) is GRANTED.

IT IS SO ORDERED.

    DATED this 26th day of May, 2020.

                                                    _____/s/ Michael J. McShane_____
                                                        Michael McShane
                                               United States District Judge